UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                         :
                                               :    Case No. 10-72554 (REG)
PETER G. MALYCKY,                              :
                                               :
JENNIFER A. MALYCKY,                           :    Chapter 7
AKA JENNIFER A. PIKE,                          :
                                               :
                    Debtors.                   :
----------------------------------------------------------------x
MICHAEL MCENTEE,                               :
                                               :
              Plaintiff,                       :
                                               :
     -against-                                 :    Adversary No. 10-8310 (REG)
                                               :
PETER G. MALYCKY,                              :
                                               :
              Defendant.                       :
----------------------------------------------------------------x

## **INITIAL PRETRIAL ORDER**

    Discovery shall be completed on or before March 1, 2011.

    Any dispositive motions shall be filed on or before April 21, 2011 or the relief sought in such motions shall be deemed to have been waived.

    Any motions to amend the pleadings or to join other parties shall be filed on or before April 1, 2011.

    A final pretrial conference will be held on *April 25*, 2011 at *9:30* a.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

Dated: Central Islip, New York
         November 29, 2010

                                          */s/ Robert E. Grossman*
                                          Hon. Robert E. Grossman
                                          U.S. Bankruptcy Judge