UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :
                                                    :   Case No.810-72554 (REG)
PETER G. MALYCKY,                                   :
                                                    :
JENNIFER A. MALYCKY,                                :   Chapter 7
AKA JENNIFER A. PIKE,                               :
                                                    :
                                                    :
                                                    :
                              Debtors.              :
-----------------------------------------------------------------x
MICHAEL MCENTEE,                                    :
                                                    :
                    Plaintiff,                      :
                                                    :
        -against-                                   :   Adversary No. 10-8310 (REG)
                                                    :
PETER G. MALYCKY,                                   :
                                                    :
                    Defendant.                      :
-----------------------------------------------------------------x

## **AMENDED PRETRIAL ORDER**

    Discovery shall be completed on or before March 30, 2011.

    Any dispositive motions shall be filed on or before April 21, 2011 or the relief sought in such motions shall be deemed to have been waived.

    Any motions to amend the pleadings or to join other parties shall be filed on or before April 1, 2011.

    A final pretrial conference will be held on April 25, 2011 at 9:30 a.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

Dated: Lindenhurst, New York  PHILLIPS, WEINER, ARTURA, COX &
February 25, 2011  MCDONAUGH

By: */s/ Richard F. Artura*
Richard F. Artura
165 South Wellwood Avenue
Lindenhurst, New York 11757
Tel: (631) 226-2100
Fax: (631) 226-2160

*Attorneys for the Defendant, Peter G. Malycky*

Dated: Uniondale, New York  FARRELL FRITZ, P.C.
February 25, 2011

By: */s/ Darren A. Pascarella*
John P. McEntee
Darren A. Pascarella
1320 RXR Plaza
Uniondale, New York 11556
Tel: (631) 227-0700
Fax: (631) 227-0777

*Attorneys for the Plaintiff, Michael McEntee*



**Dated: Central Islip, New York**
**March 1, 2011**

**Robert E. Grossman**
**United States Bankruptcy Judge**